IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHANE BLISS,

    Plaintiff,

vs.                                      Case No. 3:20cv3676-MCR/MAF

ANDREW SAUL,
Commissioner of Social
Security,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

    This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits. ECF No. 1. Defendant filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. Defendant has certified that Plaintiff has no objection to this motion. *Id.* at 1.

    Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Deputy Commissioner states that remand is appropriate to enable an Administrative Law Judge to "further evaluate whether medical

improvement occurred in accordance with 20 C.F.R. § 404.1594." ECF No. 21 at 1. Based upon the foregoing, this court concludes that good cause has been shown for remand.

Accordingly, it is **ORDERED**:

1. Defendant's motion to remand, ECF No. 21, is **GRANTED**, and the Commissioner's decision denying benefits be **REVERSED**.

2. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. Defendant shall conduct proceedings in accordance with this Memorandum Opinion and Order.

4. The clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

5. The clerk shall administratively close this file.

**DONE AND ORDERED** on December 1, 2020.

                              **S/   MARTIN A. FITZPATRICK**
                              **MARTIN A. FITZPATRICK**
                              **UNITED STATES MAGISTRATE JUDGE**